WILLIAM JACKMAN'S SONS, INC., v. ELLA HERSTEIN.— Motion to dismiss appeal, granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FORTUNATA ROLANDELLI v. 136 MACDOUGAL STREET REAL ESTATE CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MOODUS REALTY CORPORATION v. JUDITH CHODOS, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EMMY STAGGS v. JOSEPHINE BELL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

STOREX BUILDING CORPORATION v. STANLEY KOSIK, Impleaded with INDEPENDENCE INDEMNITY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MILLIE HIPP v. HENRY VOLK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JULIUS O. BERMAN v. UNITED STATES FIDELITY AND GUARANTY COMPANY, a Foreign Corporation.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPHINE SOOS v. LADISLAUS SOOS, Also Known as LUDWIG SOOS, Also Known as LAWRENCE SOOS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MERCANTILE PROPERTIES, INC., and Another v. ESTATE OF EUGENE A. HOFFMAN, INC., and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHURCH E. GATES v. THE CITY OF NEW YORK and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

GUSTAVO GALLOPIN, Individually, Suing on Behalf of Himself, etc., v. ROBERT WINSOR and Others, Impleaded with THOMAS W. LAMONT and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

NORTH AMERICAN IRON WORKS, INC., v. G. DEKIMPE, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley. Sherman and Townley, JJ.

IRVING TRUST COMPANY, as Corporate Trustee under Trust Mortgage Made by REALTY SURETIES, INC., v. REALTY SURETIES, INC.— Motion denied, with